UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

TBC CONSTRUCTION, LLC and BRAD S.
NELMS,

            PLAINTIFFS,

v.                                                    CIVIL ACTION NO.  3:20-cv-291-DJH

UTICA MUTUAL INSURANCE COMPANY
and CUSTARD INSURANCE ADJUSTERS,
INC.,

            DEFENDANTS.

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Utica Mutual Insurance

Company ("Utica") respectfully files this Notice of Removal.  In support of this Notice of

Removal, Utica states:

1.      On March 16, 2020, Plaintiffs TBC Construction, LLC and Brad S. Nelms

commenced this civil action in the Circuit Court of Nelson County, Kentucky against Defendants

Utica and Custard Insurance Adjusters, Inc. ("Custard") which was docketed as Case No. 20-CI-

00107 (the "State Court Action").

2.      Utica first received a copy of the Complaint from the State Court Action on

March 23, 2020.

3.      The Complaint alleges that Plaintiffs' insurance agent / broker, Eugene Wilson &

Co, d/b/a First Insurance Group Kentucky, Inc. ("First Insurance"), made errors and omissions in

selling an insurance policy to Plaintiffs.  Utica provided an Errors & Omissions insurance policy

to First Insurance but denied Plaintiffs' claim.  Custard conducted an investigation of Plaintiffs'

claims against First Insurance.  Plaintiffs now sue Utica for denying the claim, and Custard for an alleged negligent investigation of the claim.

4.      This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a) which states that district courts have jurisdiction over all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States.

## Diversity of Citizenship

5.      At the time of the commencement of the State Court Action and at the time of filing this removal petition, Plaintiff TBC Construction, LLC was and is a limited liability corporation with its sole member, Brad S. Nelms, being a resident of Virginia.  Therefore, for citizenship purposes, TBC Constructions, LLC was and is a citizen of Virginia.

6.      At the time of the commencement of the State Court Action and at the time of filing this removal petition, Plaintiff Brad S. Nelms was and is a resident of Virginia.

7.      At the time of the commencement of the State Court Action and at the time of filing this removal petition, Defendant Utica was and is a New York corporation with a principal place of business in New York.

8.      At the time of the commencement of the State Court Action and at the time of filing this removal petition, Defendant Custard was and is an Indiana corporation with a principal place of business in Georgia.

9.      Therefore, complete diversity exists between Plaintiffs and Defendants.

## Amount in Controversy

10.     The amount in controversy exceeds $75,000, exclusive of costs and interest, the requisite amount in controversy for purposes of diversity jurisdiction under 28 U.S.C. §1332(a).

11.     In the Complaint, the Plaintiffs ask for damages for the value of Plaintiffs' denied claim for stolen tools and equipment, which the Complaint alleges is valued in excess of $85,776, in addition to damages for loss of use, loss of income, and business interruption.  In addition, prior to filing suit, the Plaintiffs made a demand from Utica well in excess of $75,000.

12.     Therefore, the jurisdictional amount required under 28 U.S.C. § 1332(a) is satisfied.

**All Procedural Requirements Have Been Met**

13.     Pursuant to 28 U.S.C. § 1446(a), Defendant attaches to this Notice of Removal a copy of all processes, pleadings, and orders served upon it as Exhibit 1.

14.     This Notice of Removal is timely under 28 U.S.C. § 1446(b) as it has been filed with this Court within thirty days of Defendant's receipt of a copy of the initial pleading on March 23, 2020.

15.     Defendant Custard consents to removal of this action to the Western District of Kentucky, Louisville Division.

16.     Venue is proper in this Court under 28 U.S.C. § 1441(a) because the United States District Court for the Western District of Kentucky, Louisville Division, embraces causes of action removed from the Circuit Court of Nelson County, Kentucky.

17.     A true and correct copy of this Notice of Removal will be promptly filed with the Circuit Court of Nelson County, Kentucky pursuant to 28 U.S.C. 1446(d).

**WHEREFORE**, Defendant Utica Mutual Insurance Company respectfully removes this action from Circuit Court of Nelson County, Kentucky to the Western District of Kentucky, Louisville Division.

/s/ Caroline C. Phelps
Matthew W. Breetz
Caroline C. Phelps
Stites & Harbison, PLLC
400 West Market Street
Suite 1800
Louisville, KY  40202-3352
Telephone: (502) 587-3400
mbreetz@stites.com
cphelps@stites.com

Counsel for Defendant, Utica Mutual
Insurance Company

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Removal was served by electronic mail on this 22nd of April, 2020 upon:

David C. Travis
Chamberlain Pointe
4612 Chamberlain Lane, Suite 210
Louisville, KY  40241
David@BluegrassLawyer.com

*Counsel for Plaintiff*

*/s/ Caroline C. Phelps*
Caroline C. Phelps

1374967